**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Robert Paul McRAY, Defendant–Appellant.**

No. 12–15260
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 16, 2013.

Anne Ruth Schultz, Timothy M. Cole, Wifredo A. Ferrer, Kathleen Mary Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Sheryl Joyce Lowenthal, Attorney at Law, Miami, FL, for Defendant–Appellant.

Before BARKETT, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Sheryl J. Lowenthal, appointed counsel for Robert Paul McRay in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

McRay's conviction and sentence are **AFFIRMED.**